Joel E. Tasca, Esq.
Nevada Bar No. 14124
Maria A. Gall, Esq.
Nevada Bar No. 14200
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Tel: (702) 471-7000
Fax: (702) 471-7070
tasca@ballardspahr.com
gallm@ballardspahr.com

Patrick Ryan Morris, Esq.
(pro hac vice forthcoming)
Morris Legal Corp.
28 Laight Street, 2nd Floor
New York, New York 10013
Tel: (646) 692-4012
Fax: (929) 296-7680
prm@patrickmorrislaw.com

*Attorneys for Enzolytics, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DIMITAR SAVOV, an individual<br><br>Plaintiff,<br><br>v.<br><br>EMPIRE STOCK TRANSFER, INC.<br><br>Defendant. | Case No. 2:22-cv-00861-JAD-VCF<br><br>**NOTICE OF DISASSOCIATION AND MOTION TO WITHDRAW** |

Maria A. Gall, Esq. of the law firm Ballard Spahr LLP notifies all parties, their counsel, and the court that effective on Friday, July 8, 2022, she will no longer be associated with Ballard Spahr LLP, and thus asks the court to allow her to withdraw as proposed intervenor Enzolytics, Inc.'s counsel of record and to remove her from the ECF service and notification list. Joel E. Tasca, Esq. of Ballard Spahr LLP remains Enzolytics, Inc.'s counsel of record.

///

///

DMFIRM #403092293 v1

1 | Dated: July 5, 2022

2 | BALLARD SPAHR LLP

3 | By: /s/ Maria A. Gall
4 | Joel E. Tasca, Esq.
Nevada Bar No. 14124
5 | Maria A. Gall, Esq.
Nevada Bar No. 14200
1980 Festival Plaza Drives, Suite 900
6 | Las Vegas, Nevada 89135

7 | *Attorneys for Enzolytics, Inc.*

IT IS SO ORDERED.

_____

Cam Ferenbach
United States Magistrate Judge

7-6-2022
DATED _____

2

DMFIRM #403092293 v1

## CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2022, a true and correct of copy of the foregoing **NOTICE OF DISASSOCIATION AND MOTION TO WITHDRAW** was served upon each of the parties via electronic service through the United States District Court for the District of Nevada's CM/ECF filing system.

/s/ Adam Crawford
An Employee of Ballard Spahr LLP

DMFIRM #403092293 v1