1

DIMITAR SLAVCHEV SAVOV
61 Nishava str. ent. A, fl. 3, apt. 6

2

Sofia 1680
Bulgaria

3

+359 88 99 88 313
dimitar.savov@yamail.com

4

*Pro Se Plaintiff*

5

SCOTT DONEY, ESQ.
Doney Law Firm

6

Nevada Bar No.  8049

7

4955 S. Durango Dr, Suite 165
Las Vegas, NV 89113

8

Phone: (702) 982-5686
Email: scott@doneylawfirm.com

9

*Attorney for Defendant*

10

DAVID DESTEFANO, ESQ.
The Law Office of David DeStefano, PLLC

11

New York Attorney Registration No. 5051156
112 W 34th St FL 18

12

New York, NY 10120-0001

13

Phone:  (646) 961-3575
Email: info@daviddestefanolaw.com

14

*Attorney for Defendant*

15

T. J. JESKY, ESQ.
Illinois Attorney Registration No.  6325691

16

Law Offices of T. J. Jesky
205 N. Michigan Ave., Suite 810

17

Chicago, IL  60601

18

Phone:  (312) 894-0130
Email:  tj@jeskylaw.com

19

*Attorney for Defendant*

20

**UNITED STATES DISTRICT COURT**

21

**DISTRICT OF NEVADA**

22

23

DIMITAR SAVOV

24

                        Plaintiff,

25

vs.

26

EMPIRE STOCK TRANSFER, INC.

27

                        Defendant.

Case # 2:22-cv-00861-JAD-VCF

**Joint Stipulation and Order Dismissing Action with Prejudice**

ECF Nos. 34, 38, 39

Pro Se Plaintiff DIMITAR SAVOV, and Defendant EMPIRE STOCK TRANSFER, INC., by and through the undersigned and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice, and each party shall bear its respective fees and costs.

DATED THIS 16TH DAY OF MAY, 2023.

DIMITAR SLAVCHEV SAVOV

_____
Dimitar S. Savov
61 Nishava str. ent. A, fl. 3 apt. 6
Sofia, 1680
Bulgaria
+359 88 99 88 313
dimitar.savov@ymail.com
*Pro Se Plaintiff*

DONEY LAW FIRM

/s/ Scott Doney
_____
SCOTT DONEY, ESQ.
Nevada Bar No.  8049
DAVID DESTEFANO, ESQ.
New York Bar No. 5051156
T. J. JESKY, ESQ.
Illinois Bar No.  6325691
*Attorneys for Defendant*

## ORDER

Based on the parties' stipulation [ECF No. 39] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  All pending motions [ECF Nos. 34, 38] are DENIED as moot.  The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: May 16, 2023

2